2012R00437/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 12-585 |
| v. | : 18 U.S.C. §§ 1038(a)(1) & 2 |
| CAESAR CANCHUCAJA,<br>  a/k/a "Cesar Canchucaja,"<br>  a/k/a "Cesar E. Canchucaja-Luque,"<br>  a/k/a "Ceasar Canchucacaja" | : |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about November 24, 2011, in the District of New Jersey, and elsewhere, defendant

CAESAR CANCHUCAJA,
a/k/a "Cesar Canchucaja,"
a/k/a "Cesar E. Canchucaja-Luque,"
a/k/a "Ceasar Canchucacaja,"

knowingly and intentionally engaged in conduct to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that activity would take place that would constitute a violation of Chapter 113B of Title 18, United States Code, that is, the unlawful delivery, placement, discharge, and detonation of an explosive and other lethal device in, into, and against a place of public use, with the intent to cause death and serious bodily injury, and with the intent to cause extensive

destruction of such a place where such destruction results in and is likely to result in major economic loss, contrary to Title 18, United States Code, Section 2332f.

In violation of Title 18, United States Code, Section 1038(a)(1) and Section 2.

*[signature]*
PAUL J. FISHMAN
United States Attorney