PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Caesar Canchucaja**                                    Docket No. **12-585**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Vincent Imbrosciano** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **Caesar Canchucaja**, who was placed under pretrial release supervision by the **Honorable Stanley R. Chesler** sitting in the Court at Newark, New Jersey, on September 5, 2012, under the following conditions:

$50,000 Unsecured Appearance Bond

1. Pretrial Services Supervision
2. Travel restricted to New Jersey, unless approved by Pretrial Services
3. Surrender passport and do not apply for new travel documents
4. Mental health testing/treatment as directed by Pretrial Services
5. Abstain from alcohol use
6. Maintain or actively seek employment and/or commence education program
7. Abide by all restraining orders

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **drug/alcohol testing and treatment as directed by Pretrial Services as an added condition to the defendant's bail.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____ 2012 and ordered filed and made a part of the records in the above case. | Executed on     OCTOBER 1, 2012 |
| _____<br>Honorable Stanley R. Chesler<br>U.S. District Judge | _____<br>Vincent Imbrosciano<br>U.S. Pretrial Services Officer |