PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Cesar Canchucaja

Cr.: 12-00585-001
PACTS #: 65043

Name of Sentencing Judicial Officer: Stanley R. Chesler
United States District Judge

Date of Original Sentence: 12/18/12

Original Offense: Conveying a Hoax

Original Sentence: 5 years probation; $100 special assessment

Type of Supervision: Probation    Date Supervision Commenced: 12/18/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On September 15, 2013, Maywood Police Department officers were called to 78 Howecroft Road on a report of an unwanted party. Upon arrival, officers learned that the offender was attempting to enter the residence to obtain his wallet and keys from Ayme Frometa, who he claimed to be his girlfriend, but she would not let him in. Ms. Frometa subsequently informed them that the offender was a former boyfriend whom she had no contact with for over one month. She denied having his possessions and requested that he be asked by the officers to leave the premises.

Upon being questioned further by the officers, the offender stated his name was Mark Jonathan Canchucaja, with a date of birth of October 16, 1990. The offender repeated this several times to the officers. An inquiry via the patrol vehicle's InfoCop system ultimately disputed this information and revealed the offender's true identity. Upon being confronted with the information, the offender admitted he had lied in fear. The offender was arrested and charged with providing false information to a law enforcement officer and hindering apprehension. Ms. Frometa declined to obtain a temporary restraining order or file a criminal complaint against the offender.

The offender was released on his own recognizance. An appearance in Maywood Municipal Court has not yet been scheduled.

2      The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

       The offender failed to report the aforementioned arrest to the undersigned probation officer within the 72-hour time period as required by his conditions of probation.

3      The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

       During an office visit on September 8, 2013, the offender was asked by the undersigned officer if he had any recent contact with law enforcement, which he denied, stating he is "doing everything right." When asked again and presented with the Maywood Police Department arrest report, the offender then admitted to the law enforcement contact and arrest.

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his actions. The circumstances were extensively discussed during the October 8, 2013, office visit, and it appears the offender is remorseful for his actions. At this time, the probation office respectfully requests to continue supervising the offender. He has been ordered to commence the probation office's Moral Reconation Therapy(MRT) program, a 13-step program designed to assist offenders in promoting positive self-growth and redirect their lives towards avoiding continued criminal thinking and activity. The probation office respectfully requests Your Honor agree the offender's mandated participation in this program as an appropriate sanction.

Respectfully submitted,
*Gisella M.*
*2013.10.09*
*15:01:11 -04'00'*

By: Gisella M. Bassolino
      U.S. Probation Officer
Date: 10/09/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: The offender is to complete the probation office's Moral Reconation Therapy Program

Signature of Judicial Officer

10/21/13
Date